In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Relative to Acquiring Title to Certain Real Property Located Generally along Houston Street between Sixth Avenue (Extension) and Elizabeth Street, in the Borough of Manhattan, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BIG FOUR REALTY CORPORATION v. BELNORD GARAGE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES E. PRITCHARD v. M. & J. TRACY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

MARY PANARESE, as Administratrix, etc., and CHARLES PANARESE, as Coadministrator, etc., of JOHN PANARESE, Deceased, v. THE UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LOJO REALTY COMPANY, INC., v. ESTATE OF ISAAC G. JOHNSON, a Corporation Organized and Existing under the Laws of the State of New York.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ARROW IRON WORKS, INC., v. HARRY B. GREENE, Trading under the Firm Name of H. B. GREENE CONTRACTING COMPANY, and Others, Impleaded with NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL A. TELSEY v. CALVIN-MORRIS CORPORATION and Others, Impleaded with HOEGGER, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

JOHN F. McCARTHY v. HUMBERT & ANDREWS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EUGENE P. SUMMERSON and Others, as Executors, etc., of ROBERT GRIGG REESE, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

SAMUEL KAHAN and Others, as Executors, etc., of HYMAN B. RUBIN, Deceased, and Another, v. IRA A. SCHILLER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.